**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMAN AMAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO.  26-695** |
| | : | |
| **JAMISON, J.L., MICHAEL T. ROSE,** | : | |
| **TODD LYONS, KRISTI NOEM,** | : | |
| **PAMELA JO BONDI** | : | |

## ORDER

**AND NOW**, this 4th day of February 2026, upon reviewing Plaintiff's counseled Petition for habeas relief (ECF 1) swearing as to his immigration detention beginning January 29, 2026, seeking prompt release, noting the federal Defendants have not offered a bond hearing, and finding good cause to maintain and resolve the vested justiciability of Plaintiff's claim in a timely manner, it is **ORDERED** we:

1.      **DIRECT** Plaintiff immediately serve the Petition (ECF 1) and this Order upon the Defendants   by   email   to   desiree.wilkins@usdoj.gov,   anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov and file an affidavit confirming service by no later than **February 4, 2026**;

2.      **GRANT** Defendants leave to respond to the Petition (ECF 1) compliant with our Policies by no later than **February 6, 2026**;

3.      **PRECLUDE** Defendants from altering Plaintiff's custody including affecting his continuing presence in this District until further Order; and,

4.      **CONFIRM** the filing of this Order on **February 4, 2026 at 8:20 AM EST**.

**KEARNEY, J**